# "E X H I B I T    A"

Gutierrez / Morales / Telado



IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI- DADE COUNTY, FLORIDA   FALL TERM, 2012

F13-4039 A,B,C  DIV.21

THE STATE OF FLORIDA   v.

**INFORMATION  FOR**

"A"   MILTON A GUTIERREZ

**FILED**

**MAR 25 2013**

"B"   KEVIN MORALES

"C"   and KEVIN TELADO

Defendant(s)

1. CONTROLLED SUBSTANCE/SELL/MANUFACTURE/
   DELIVER/OR POSSESS W/INTENT
   893.13(1)(A)1  FEL. 2D
   "B" , "C"

2. CONTROLLED SUBSTANCE/CONSPIRACY TO SELL,
   MANUFACTURE/DELIVER
   893.13(1)(B) FEL 2D
   "A" , "B" , "C"

3. UNLAWFUL POSSESSION OF CANNABIS 893.13(6)(b)
   Misd. 1D
   "A"

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

**KATHERINE FERNANDEZ RUNDLE,** State Attorney of the Eleventh Judicial Circuit,
prosecuting for the State of Florida, in the County of Miami-Dade, by and through her undersigned
Assistant State Attorney, under oath, Information makes that:

LOUNSBERRY,ERICA   :DH  03/22/2013
Circuit Court Direct File
(A) Jail No. 130011173 ,Bkd: 2/19/2013 , CIN: 1102484, W/M, DOB: 12/14/1992
(B) Jail No. 130011174 ,Bkd: 2/19/2013 , CIN: 1102485, W/M, DOB: 6/2/1993
(C) Jail No. 130011175 ,Bkd: 2/19/2013 , CIN: 1028349, W/M, DOB: 12/30/1990

F13004039 ,F13004041 ,F13004042

Colodny (F021)

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office. JUN 2 2 2018 AD 20
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk
LEIDA CUEVAS #8851

(CC#: F13004042)

## COUNT 1

KEVIN MORALES and KEVIN TELADO, on or about February 19, 2013, in the County and State aforesaid,   did unlawfully and feloniously possess with intent to sell a controlled substance, to wit: METHYLENDIOXYMETHCATHINONE, as named or described in s.893.03(1)(a),(1)(b), (1)(d), (2)(a), (2)(b) or (2)(c)4, Fla. Stat., in violation of s. 893.13(1)(a)1, Fla. Stat., contrary to the form of the Statute in such cases  made and provided, and against the peace and dignity  of the State of Florida.

(CC#. F13004042)

## COUNT 2

And the aforesaid Assistant State Attorney, under oath, further information makes MILTON A GUTIERREZ, KEVIN MORALES and KEVIN TELADO, on or about February 19, 2013, in the County and State aforesaid,   did unlawfully and feloniously agree, conspire, combine or confederate with another person or persons, to wit: MILTON GUTIERREZ AND/OR KEVIN TELADO, to commit a felony, to wit: sell, manufacture, or deliver a controlled substance, to wit: METHYLENEDIOXYMETHCATHINONE, described in s. 893.03(1)(a) or (1)(b), in violation of s. 893.13(1)(b), s. 777.04(3), Fla. Stat., contrary to the form of the Statute in such cases  made and provided, and against the peace and dignity  of the State of Florida.

(CC#: F13004042)

## COUNT 3

And the aforesaid Assistant State Attorney, under oath, further information makes MILTON A GUTIERREZ, on or about February 19, 2013, in the County and State aforesaid, did unlawfully possess, or deliver without consideration, not more than twenty (20) grams of CANNABIS, meaning all parts of any plant of the genus Cannabis, whether growing or not; the seeds thereof; and every compound, manufacture, salt, derivative, mixture, or preparation of the plant or its seeds, in violation of s. 893.13(6)(b), Fla. Stat., contrary to the form of the Statute in such cases made and provided, and against the peace and dignity of the State of Florida.

(CC#: F13004042)

**STATE OF FLORIDA, COUNTY OF MIAMI-DADE:**

Personally known to me and appeared before me, the Assistant State Attorney of the Eleventh Judicial Circuit of Florida whose signature appears below, being first duly sworn, says that the allegations set forth in this Information are based upon facts which have been sworn to as true by a material witness or witnesses, and which if true, would constitute the offenses therein charged, and that this prosecution is instituted in good faith.

Assistant State Attorney/Bar #: 86098
1350 NW 12th Ave., Miami, FL (305) 547-0100

Sworn to and subscribed before me this _22nd_ day of _March_, _2013_.



By _____ 6106

Deputy Clerk for Clerk of the Courts, or
Notary Public

13:1:0₃ PM                                                                    03/22/2013

# CASE FILE SHEET

| DEFENDANT(S): | COURT CASE #: |
|---|---|

GUTIERREZ, MILTON
MORALES, KEVIN
TELADO, KEVIN

F13004039
F13004041
F13004042

**Intake Atty:** 19019    **LOUNSBERRY,ERICA**          **Unit:** 221    Felony Division 21
**21st Day:** 03/12/2013        **Arraign:** 03/25/2013    **DIVISION:** Colodny

**Police #:** PD130219065201            **Book Date:** 02/19/2013
**Department:** 030    Metro-Dade            **JailNum:** 130011173
**Arrest Date:** 02/19/2013                  **PID: RACE:** W   **Sex:** M
**Lead Officer:** 07811  CRESPO,GILBERTO            **DOB:** 12/14/1992
**Dept/Station:** 030-                          **IDS:** 2761877      **CIN:** 1102484

**Remarks:**

**PFC Date(s):** 03/08/2013

**Arraignment Action**                          **Date**      **Clerk File Date:** 02/20/2013
                                                              **Domestic:** N
                                                              **Lab #:**
                                                              **ME #:**

**Case Filing Decision**                        **Date**      **Propery Release:**
                                                              **Extradite:** 1    Fel-Full extradition unless note
FF   Felony Filed                  03/22/2013    **VictimType:**
                                                              **Min/Mandatory:**
                                                              **Tel/Video Depo:**
                                                              **Career Criminal:**

| T | D | CJIS | Description | Charge Filing Decision | | Count |
|---|---|---|---|---|---|---|
| F | 1 | 89313501C1CF1 | ILL DRGS/TRF/28G>/<3 | 20 | NA-Other Charges Filed | |
| F | 2 | 89313001BF2CA | CON SB/SELL/10GR>/CO | FF | Filed Felony | 2 |
| M | 1 | 89313006BM1N | CANNABIS/POSN/0-20 | FM | Filed Misdemeanor | 3 |

ATTORNEY:_____
          Assistant State Attorney

APPROVED:_____
          Assistant State Attorney

DATE:_____

DATE:_____

13:1:01 PM

## CASE FILE SHEET

| DEFENDANT(S): | COURT CASE #: |
| --- | --- |

**MORALES, KEVIN**
GUTIERREZ, MILTON
TELADO, KEVIN

F13004041
F13004039
F13004042

Intake Atty: 19019    **LOUNSBERRY,ERICA**
21st Day: 03/12/2013         Arraign: 03/25/2013

**Unit:** 221    Felony Division 21
**DIVISION:** Colodny

Police #: PD130219065201
**Department:** 030    Metro-Dade
**Arrest Date:** 02/19/2013

Book Date: 02/19/2013
JailNum: 130011174
PID: RACE: W   Sex: M

Lead Officer: 07811 CRESPO,GILBERTO
Dept/Station: 030-

DOB: 06/02/1993
IDS: 2761878    CIN: 1102485

Remarks:

**PFC Date(s):** 03/08/2013

**Arraignment Action**                    **Date**

Clerk File Date: 02/20/2013
**Domestic:** N
**Lab #:**
**ME #:**

**Case Filing Decision**                    **Date**

FF    <u>Felony Filed</u>                    03/22/2013

**Propery Release:**
**Extradite:** 1    Fel-Full extradition unless note
**VictimType:**
**Min/Mandatory:**
**Tel/Video Depo:**
**Career Criminal:**

| T | D | CJIS | Description | Charge Filing Decision | | Count |
| --- | --- | --- | --- | --- | --- | --- |
| F | 2 | 89313001BF2CA | CON SB/SELL/10GR>/CO | FF | Filed Felony | 2 |
| F | 2 | 89313001A1F2N | CONT SUB/SELL/W/INT | FF | Filed Felony | 1 |

ATTORNEY:_____
            Assistant State Attorney

DATE:_____

APPROVED:_____
            Assistant State Attorney

DATE:_____

# CASE FILE SHEET

| DEFENDANT(S): | | COURT CASE #: |
|---|---|---|

**DEFENDANT(S):**
TELADO, KEVIN
MORALES, KEVIN
GUTIERREZ, MILTON

**COURT CASE #:**
F13004042
F13004041
F13004039

Intake Atty: 19019   LOUNSBERRY,ERICA
21st Day: 03/12/2013   Arraign: 03/25/2013

Unit: 221   Felony Division 21
DIVISION: Colodny

Police #: PD130219065201
Department: 030   Metro-Dade
Arrest Date: 02/19/2013

Book Date: 02/19/2013
JailNum: 130011175
PID: RACE: W   Sex: M

Lead Officer: 07811 CRESPO,GILBERTO
Dept/Station: 030-

DOB: 12/30/1990
IDS: 2761874   CIN: 1028349

Remarks:

**PFC Date(s):** 03/08/2013

| Arraignment Action | Date |
|---|---|

Clerk File Date: 02/20/2013
Domestic: N
Lab #:
ME #:

| Case Filing Decision | Date |
|---|---|
| FF   Felony Filed | 03/22/2013 |

**Propery Release:**
Extradite: 1   Fel-Full extradition unless note
VictimType:
Min/Mandatory:
Tel/Video Depo:
Career Criminal:

| T | D | CJIS | Description | Charge Filing Decision | Count |
|---|---|---|---|---|---|
| F | 2 | 89313001A1F2N | CONT SUB/SELL/W/INT | FF   Filed Felony | 1 |
| F | 2 | 89313001BF2CA | CON SB/SELL/10GR>/CO | FF   Filed Felony | 2 |

ATTORNEY:_____
Assistant State Attorney

APPROVED:_____
Assistant State Attorney

DATE:_____

DATE:_____

# "EXHIBIT    B"

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL, CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION | FINDING OF GUILT AND ORDER OF |
|---|---|
| [X] CRIMINAL | WITHHOLDING ADJUDICATION/SPECIAL |
| [ ] TRAFFIC | CONDITIONS |
| [ ] OTHER | |

| PLAINTIFF(S) | VS. DEFENDANT(S) |
|---|---|
| THE STATE OF FLORIDA | KEVIN TELADO |

J. DAILEY

CASE NUMBER: F13-004039C

, Kevin Tellado, Kevin M Tellado

CLOCK IN

IT APPEARING UNTO THE COURT that the defendant being personally before the court accompanied by his/her attorney,

ROBERTO R PARDO,PA has been found guilty of the charge of

| Count | Crime | Degree |
|---|---|---|
| 1 | CONTROLLED SUBSTANCE/SELL/MAN/DEL/POSS W/INTENT | 2/F |
| 2 | CONTROLLED SUBSTANCE/SELL/MAN/DEL/10GR>/CONSPIRACY | 2/F |

by the court upon the entry of a nolo contendere plea and it appearing unto the court, upon a hearing of the matter, that the defendant is not likely to engage in a criminal course of conduct and that the ends of justice and welfare of society do not require that the defendant shall presently suffer the penalty imposed by law, and the Court being fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that an adjudication of guilt be, and the same is hereby stayed and withheld.

IT IS FURTHER ORDERED AND ADJUDGED that:

The defendant is placed on PROBATION in a separate Order entered herein.

SPECIAL CONDITIONS

Costs

Other

PROBATION

DNA TAKEN PURSUANT TO F.S. 943.325

IT IS ORDERED THAT the defendant be fingerprinted pursuant to F.S. 921.241(1).

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office. JUN 2 2 2018 All
HARVEY RUVIN, Clerk of Circuit and County Courts
Deputy Clerk
LEIDA CUEVAS #6651
RECORDED

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL, CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION<br>[X] CRIMINAL | CHARGES/COSTS/FEES | CASE NUMBER: F13-004039C |
|---|---|---|

| PLAINTIFF(S)<br>THE STATE OF FLORIDA | VS. DEFENDANT(S)<br>KEVIN   TELADO<br>, Kevin Tellado, Kevin M Tellado |
|---|---|

The Defendant is hereby ordered to pay the following sum indicated:

$50.00   Pursuant to F.S. 938.03(4)   (Crimes Compensation Trust Fund).

$3.00   Three dollars as a court cost pursuant to F.S. 938.01 (1) $3.00 (Criminal Justice Trust & Education Funds).

$20.00   Pursuant to F.S. 938.06 (Crime Stopper's Programs).

$3.00   Pursuant to F.S. 938.19 (Teen Courts).

$50.00   Pursuant to F.S. 775.083(2) (Crime Prevention Programs).

$2.00   Two dollars as a court cost pursuant to  F.S. 938.15 $2.00 (Criminal Justice Trust & Education Funds).

$25.00   Pursuant to F.S. 28.24(26)(c)   Payment Plan Fee

$100.00   Pursuant to  938.25 (Operating Trust Fund of  the Department of Law Enforcement).

$65.00   Pursuant to  F.S. 939.185(1)(a)   (Assessment of Additional Court Costs as adopted by Ordinance 04-116)

$85.00   Pursuant to F.S. 939.185(1)(b) (Surcharge as adopted by Ordinance 05-123)

$100.00   COST OF PROSECUTION FSS 938.27(8)

$225.00   ADDITIONAL COST FINE AND FORFEITURE FSS 938.05(1)

$728.00 -   TOTAL

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this  25th day of February, 2014.

JUDGE   YVONNE   COLODNY

(W=WAIVED/S=SUSPENDED)

REV 10/02 JE -03/26/14           Page 2 of 3

Clerk's web address: www.miami-dadeclerk.com

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION ☑ CRIMINAL ☐ OTHER | FINGERPRINTS OF DEFENDANT |
|---|---|

THE STATE OF FLORIDA   VS.

*Kevin Jelado*

**PLAINTIFF**          **DEFENDANT**

CASE NUMBER: *F13·4039C*

I herby certify that the foregoing fingerprints on this judgment are the fingerprints of the defendant named above, and that they were placed thereon by said defendant in my presence, in open court, on this date and that the defendant provided the below Social Security Number or was unable to provide said number as indicated.

Fingerprints taken by: _____
Name                Title

**CLOCK IN**

FILED

FEB 25 2014

CLERK

## FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
|  |  |  |  |  |

| 1. L. Thumb | 2. L. Index | 3. L. Middle | 4. L. Ring | 5. L. Little |
|---|---|---|---|---|
|  |  |  |  |  |

**Social Security Number of Defendant** _____

DONE AND ORDERED in Open Court in Miami-Dade County, Florida this _____ day of ___ FEB 25 2014 ___, 20 ___

Page ___ of ___     3     3     YVONNE COLODNY
YVONNE COLODNY
CIRCUIT COURT JUDGE

**STATE OF FLORIDA**
Plaintiff

IN THE ELEVENTH JUDICIAL
CIRCUIT COURT, IN AND FOR
MIAMI-DADE COUNTY

-VS-

CASE NUMBER _F13 - 4039 c_

_McCoy, Kevin_
Defendant

DC NUMBER _____

**ORDERS OF SUPERVISION**

☐ **ORDER OF PROBATION** ☐ **DRUG OFFENDER PROBATION** ☑ **COMMUNITY CONTROL**
☐ **SEX OFFENDER PROBATION**
☑ **FOLLOWED BY:** _Probation_ .

This cause coming before the Court to be heard, and you, the defendant, being now present before the court, and
The defendant having:                              The court hereby:

☑ entered a plea of guilty to                      ☐ been found guilty by jury verdict of

☐ entered a plea of nolo contendere to             ☑ been found guilty by the court trying the case without a jury of

| | | | |
|---|---|---|---|
| Count _1_ | _Cont Sub Sell Del_ | Count ____ | _____ |
| Count _2_ | _Con JB/Att/Vcgr >Co_ | Count ____ | _____ |
| Count ____ | _____ | Count ____ | _____ |
| Count ____ | _____ | Count ____ | _____ |

**SECTION 1: JUDGEMENT OF GUILT**

☐   The court hereby adjudges you to be guilty of the above offense(s).

☑   The court hereby withholds adjudication on the above offense(s).

Now, therefore, it is ordered and adjudged that the imposition of sentence is hereby withheld and that you are placed on
☐ Probation ☑ Community Control ☐ Drug Offender Probation ☐ Sex Offender Probation for a period of
_2-year fb_
_4-year_ under the supervision of the Department of Corrections, subject to Florida law.

**SECTION 2: INCARCERATION DURING PORTION OF SUPERVISION SENTENCE**
It is hereby ordered and adjudged that you be:

☐   committed to the Department of Corrections for a term of _____ ; after
which you shall be placed on ☐ Probation ☐ Community Control ☐ Drug Offender Probation ☐ Sex Offender
Probation for a period of _____ under the supervision of the Department of Corrections, subject
to Florida Law.
or

☐   confined in the County Jail
for a term of _____ with credit for _____ jail time; after which you shall be placed on
☐ Probation ☐ Community Control ☐ Drug Offender Probation ☐ Sex Offender Probation for a period of
_____ under the supervision of the Department of Corrections, subject to Florida
law.
or

☐   confined in the County Jail
for a term of _____ with credit for _____ jail time; as a special
condition of supervision.

Page 1 of 7

Distribution:    White: Office        Yellow – Probation        Pink - Defendant

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office    2 2 2016
HARVEY RUVIN, Clerk of the Circuit and County Courts
Deputy Clerk
LEIDA CUEVAS #6851

**IT IS FURTHER ORDERED** that you shall comply with the following <u>standard conditions of supervision</u> as provided by Florida law:

(1) You will report to the probation office as directed. Not later than the fifth day of each month, unless otherwise directed, you will make a full and truthful report to your officer on the form provided for that purpose.

(2) You will pay the State of Florida the amount of $ _____15.00_____ per month, as well as 4% surcharge, toward the cost of your supervision in accordance with s. 948.09, F.S., unless otherwise exempted in compliance with Florida Statutes.

(3) You will remain in a specific place. You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.

(4) You will not possess, carry or own any firearm. You will not possess, carry, or own any weapon without first procuring the consent of your officer.

(5) You will live without violating the law. A conviction in a court of law shall not be necessary for such a violation to constitute violation of your probation/community control, or any other form of court ordered supervision.

(6) You will not associate with any person engaged in any criminal activity.

(7) You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.

(8) You will work diligently at a lawful occupation, advise your employer of your probation status, and support any dependents to the best of your ability, as directed by your officer.

(9) You will promptly and truthfully answer all inquiries directed to you by the court or the officer, and allow your officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.

(10) You will pay restitution, court costs, and/or fees in accordance with special conditions imposed or in accordance with the attached orders.

(11) You will submit to random testing as directed by your officer or the professional staff of the treatment center where you are receiving treatment to determine the presence of alcohol or controlled substances.

(12) You will submit a DNA sample, as directed by your officer, for DNA analysis as prescribed in ss. 943.325 and 948.014, F.S.

(13) You will submit to the taking of a digitized photograph by the department. This photograph may be displayed on the department's website while you are on supervision, unless exempt from disclosure due to requirements od s. 119.07, F.S.

(14) You will report in person within 72 hours of your release from incarceration to the probation office in _____ County, Florida, unless otherwise instructed by the court or department. (This condition applies only if section 2 on the previous page is checked.) Otherwise, you must report immediately to the probation office located at _____.

## SPECIAL CONDITIONS

_____ 1. You must undergo a ☐ Drug ☐ Alcohol ☐ Mental Health ☐ Psycho-sexual evaluation and, if treatment is deemed necessary, you must successfully complete the treatment, and be responsible for the payment of any costs incurred while receiving said evaluation and treatment, unless waived by the court. Additional instructions ordered:_____

_____ 2. You will make restitution to the following victim(s), as directed by the court, until the obligation is paid in full
NAME: _____
TOTAL AMOUNT: $ _____
**Additional instructions ordered,** including specific monthly amount, begin date, due date, or joint & several:
_____

NAME: _____
TOTAL AMOUNT: $ _____
**Additional instructions ordered,** including specific monthly amount, begin date, due date, or joint & several:
_____

Distribution:      White – Office          Yellow – Probation               Pink – Defendant

## SPECIAL CONDITIONS-CONTINUED

_____ 3.  You will be required to pay for drug testing unless exempt by the court

_____ 4. You will enter the Department of Corrections Non-Secure Drug Treatment Program or other residential treatment/Probation and Restitution Center for a period of successful completion as approved by your officer.  You are to remain until you successfully complete said Program and Aftercare. You are to comply with all Rules and Regulations of the Program. ☐ You shall ☐ Shall not be confined in the county jail until placement in said program, and if you are confined in the jail, the Sheriff will transport you to said program.

_____ 5. You will abstain entirely from the use of alcohol and/or illegal drugs, and you will not associate with anyone who is illegally using drugs or consuming alcohol.

_____ 6.  You will submit to urinalysis testing on a ☐ monthly ☐ bi-weekly ☐ weekly basis to determine the presence of alcohol or illegal drugs.  You will be required to pay for the tests unless exempt by the court.

_____ 7. You will not visit any establishment where the primary business is the sale and dispensing of alcoholic beverages.

_____ 8.  You will successfully complete _____ hours of community service at a rate of _____, at a worksite approved by your officer. Additional instructions ordered : _____.

_____ 9.  You will remain at your residence between 10 p.m. and 6 a.m. due to a curfew imposed, unless otherwise directed by the court.

_____ 10. You will submit to electronic monitoring, follow the rules of electronic monitoring, and pay $ _____ per month for the cost of the monitoring service, unless otherwise directed by the court.

_____ 11. You will not associate with _____ during the period of supervision.

_____ 12. You will have no contact (direct or indirect) with the victim or the victim's family during the period of supervision.

_____ 13. You will have no contact (direct or indirect) with _____ during the period of supervision

_____ 14.  You will maintain full time employment or attend school/vocational school full time or a combination of school/work during the term of your supervision.

_____ 15. You will make a good faith effort toward completing basic or functional literacy skills or a high school equivalency diploma.

_____ 16. You will successfully complete the Probation & Restitution Program, abiding by all rules and regulations

_____ 17. You will attend Alcoholics Anonymous or Narcotics Anonymous meetings at least monthly, unless otherwise directed by the court

_____ 18.  You must successfully complete ☐ Anger Management ☐ Batterer's Intervention Program and be responsible for the payment of any costs incurred while receiving said treatment, unless waived.  If convicted of a Domestic Violence offense, as defined in s. 741.28, F.S., you must attend and successfully complete a batterer's intervention program, unless otherwise directed by the court. Additional instructions ordered: _____

_____ 19. You will attend an HIV/AIDS Awareness Program consisting of a class of not less than two (2) hours or more than four (4) hours in length, the cost for which will be paid by you.

Distribution:     White: Office          Yellow – Probation                    Pink - Defendant

## SPECIAL CONDITIONS-CONTINUED

20. You shall submit your person, property, place of residence, vehicle or personal effects to a warrantless search at any time, by any probation of community control officer or any law enforcement officer.

21. If you have been found to have committed a crime on or after October 1, 2008 for the purpose of benefitting, promoting, or furthering the interests of a criminal gang, you are prohibited from knowingly associating with other criminal gang members or associates, except as authorized by law enforcement officials, prosecutorial authorities, or the court, for the purpose of aiding in the investigation of criminal activity.

22. Other: _Allowed to travel to Broward County_

23. Other: _for work purposes only_

24. Other: _____

**AND, IF  PLACED ON <u>DRUG OFFENDER PROBATION</u>, YOU WILL COMPLY WITH THE FOLLOWING CONDITION OF SUPERVISION IN ADDITION TO THE STANDARD CONDITIONS LISTED ABOVE AND ANY OTHER SPECIAL CONDITIONS ORDERED BY THE COURT:**

(14) You will participate in a specialized drug treatment program, either as an in-patient or out patient, as recommended by the treatment provider. You will attend all counseling sessions, submit to random urinalysis and, if an in-patient, you will comply with all operating rules, regulations and procedures of the treatment facility. You will pay for all costs associated with treatment and testing unless otherwise directed.
Additional instructions ordered: _____

_____ (15) You will remain at your residence between _____ p.m. and _____ a.m. due to a curfew imposed, unless otherwise directed by the court.

**AND, IF  PLACED ON <u>COMMUNITY CONTROL</u>, YOU WILL COMPLY WITH THE FOLLOWING CONDITIONS, IN ADDITION TO THE STANDARD CONDITIONS LISTED ABOVE AND ANY OTHER SPECIAL CONDITIONS ORDERED BY THE COURT:**

(14) You will report to your officer as directed, at least one time a week, unless you have written consent otherwise.

(15) You will remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your officer.

(16) You will maintain an hourly accounting of all your activities on a daily log, which you will submit to your officer on request.

(17) You will successfully complete _____ hours of community service at a rate of _____, at a work site approved by your officer.
Additional instructions ordered: _____

_____ (18) You will submit to electronic monitoring, follow the rules of electronic monitoring, and pay $ ____ per month for the cost of the monitoring service, unless otherwise directed by the court.

**AND, IF  PLACED ON <u>PROBATION OR COMMUNITY CONTROL FOR A SEX OFFENSE</u> PROVIDED IN CHAPTER 794, s. <u>800.04</u>, s. <u>827.071</u>, s. <u>847.0135(5)</u>, or <u>847.0145</u>, COMMITTED ON OR AFTER OCTOBER 1, 1995 YOU WILL COMPLY WITH THE FOLLOWING STANDARD SEX OFFENDER CONDITIONS, IN ADDITION TO THE STANDARD CONDITIONS LISTED ABOVE AND ANY OTHER SPECIAL CONDITIONS ORDERED BY THE COURT:**

(14) A mandatory curfew from 10 p.m. to 6 a.m. The court may designate another 8-hour period if the offender's employment precludes the above specified time, and the alternative is recommended by the Department of Corrections. If the court determines that imposing a curfew would endanger the victim, the court may consider alternative sanctions.

Page 4 of 7

Distribution:      White – Office          Yellow – Probation               Pink – Defendant

(15) If the victim was under the age of 18, a prohibition on living within 1,000 feet of a school, day care center, park, playground, or other place where children regularly congregate, as prescribed by the court. The 1,000-foot distance shall be measured in a straight line from the offender's place of residence to the nearest boundary line of the school, day care center, park, playground, or other place where children congregate. The distance may not be measured by a pedestrian route or automobile route.

(16) Active participation in and successful completion of a sex offender treatment program with qualified practitioners specifically trained to treat sex offenders, at the offender's own expense. If a qualified practitioner is not available within a 50-mile radius of the offender's residence, the offender shall participate in other appropriate therapy.

(17) A prohibition on any contact with the victim, directly or indirectly, including through a third person, unless approved by the victim, the offender's therapist, and the sentencing court.

(18) If the victim was under the age of 18, a prohibition on contact with a child under the age of 18 except as provided in this paragraph. The court may approve supervised contact with a child under the age of 18 if the approval is based upon a recommendation for contact issued by a qualified practitioner who is basing the recommendation on a risk assessment. Further, the sex offender must be currently enrolled in or have successfully completed a sex offender therapy program. The court may not grant supervised contact with a child if the contact is not recommended by a qualified practitioner and may deny supervised contact with a child at any time.

(19) If the victim was under age 18, a prohibition on working for pay or as a volunteer at any place where children regularly congregate, including, but not limited to any school, day care center, park, playground, pet store, library, zoo, theme park, or mall.

(20) Unless otherwise indicated in the treatment plan provided by the sexual offender treatment program, a prohibition on viewing, accessing, owning, or possessing any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services that are relevant to the offender's deviant behavior pattern.

(21) A requirement that the offender submit two specimens of blood or other approved biological specimens to the Florida Department of Law Enforcement to be registered with the DNA data bank.

(22) A requirement that the offender make restitution to the victim, as ordered by the court under s. 775.089, for all necessary medical and related professional services relating to physical, psychiatric, and psychological care.

(23) Submission to a warrantless search by the community control or probation officer of the offender's person, residence, or vehicle.

**EFFECTIVE FOR PROBATIONER OR COMMUNITY CONTROLEE WHOSE CRIME WAS COMMITTED ON OR AFTER OCTOBER 1, 1997, AND WHO IS PLACED ON COMMUNITY CONTROL OR SEX OFFENDER PROBATION FOR A VIOLATION OF CHAPTER 794, s. 800.04, s. 827.071, s. 847.0135(5) OR s. 847.0145, IN ADDITION TO ANY OTHER PROVISION OF THIS SECTION, YOU MUST COMPLY WITH THE FOLLOWING CONDITIONS OF SUPERVISION:**

(24) As part of a treatment program, participation at least annually in polygraph examinations to obtain information necessary for risk management and treatment and to reduce the sex offender's denial mechanisms. A polygraph examination must be conducted by a polygrapher trained specifically in the use of the polygraph for the monitoring of sex offenders, where available, and shall be paid by the sex offender.

(25) Maintenance of a driving log and a prohibition against driving a motor vehicle alone without the prior approval of the supervising officer.

(26) A prohibition against obtaining or using a post office box without the prior approval of the supervising officer.

(27) If there was sexual contact, a submission to, at the offender's expense, an HIV test with the results to be released to the victim and/or the victim's parent or guardian.

(28) Electronic monitoring when deemed necessary by the probation officer and supervisor, and ordered by the court at the recommendation of the Department of Corrections.

(29) **Effective for an offender whose crime was committed on or after July 1, 2005, and who are placed on supervision for violation of chapter 794, s. 800.04, s. 827.071, or s. 847.0145,** a prohibition on accessing the Internet or other computer services until the offender's sex offender treatment program, after a risk assessment is completed, approves and implements a safety plan for the offender's accessing or using the Internet or other computer services.

(30) **Effective for offenders whose crime was committed on or after September 1, 2005,** there is hereby imposed, in addition to any other provision in this section, mandatory electronic monitoring as a condition of supervision for those who:

- Are placed on supervision for a violation of chapter 794, s. 800.04(4), (5), or (6), s. 827.071, or s. 847.0145 and the unlawful sexual activity involved a victim 15 years of age or younger and the offender is 18 years of age or older; or
- Are designated as a sexual predator pursuant to s. 775.21; or
- Has previously been convicted o f a violation of chapter 794, s. 800.04(4), (5), or (6), s. 827.071, or s. 847.0145 and the unlawful sexual activity involved a victim 15 years of age or younger and the offender is 18 years of age or older.

**You are hereby placed on notice that should you violate your probation or community control and the conditions set forth in s. 948.063(1) or (2) are satisfied,** whether your probation or community control is revoked or not revoked, you shall be placed on electronic monitoring in accordance with F.S. 948.063.

(31) **Effective for offenders who are subject to supervision for a crime that was committed on or after May 26, 2010,** and who has been convicted at any time of committing, or attempting, soliciting, or conspiring to commit, any of the criminal offenses listed in a s. 943.0435(1)(a)1.a.(I), or a similar offense in another jurisdiction, against a victim who was under the age of 18 at the time of the offense: the following conditions are imposed in addition to all other conditions:

(a) A prohibition on visiting schools, child care facilities, parks, and playgrounds, without prior approval from the offender's Supervising officer. The court may also designate additional locations to protect a victim. The prohibition ordered under this paragraph does not prohibit the offender from visiting a school, child care facility, park, or playground for sole purpose of attending a religious service as defined in s.775.0861 or picking up or dropping off the offender's children or grandchildren at a child care facility or school.

(b) A prohibition on distributing candy or other items to children on Halloween; wearing a Santa Claus costume, or other costume to appeal to children, on or preceding Christmas; wearing an Easter Bunny costume, or other costume to appeal to children, on or preceding Easter; entertaining at children's parties; or wearing a clown costume; without prior approval from the court.

**YOU ARE HEREBY PLACED ON NOTICE** that the court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision. If you violate any of the conditions of your probation, you may be arrested and the court may revoke your probation, adjudicate you guilty if adjudication of guilt was withheld, and impose any sentence that it might have imposed before placing you on probation or require you to serve the balance of the sentence.

**IT IS FURTHER ORDERED** that when you have been instructed as to the conditions of probation, you shall be released from custody if you are in custody, and if you are at liberty on bond, the sureties thereon shall stand discharged from liability. (This paragraph applies only if section 1 or section 2 is checked.)

**IT IS FURTHER ORDERED** that the clerk of this court file this order in the clerk's office and provide copies of same to the officer for use in compliance with the requirements of law.

**DONE AND ORDERED**, on _____2/25/14_____

_____ Circuit Judge

I acknowledge receipt of a copy of this order and that the conditions have been explained to me and I agree to abide by them.

Date: _____2/25/14_____

(x)_____ Defendant

Instructed by: _____
Supervising Officer – (Sign & Print Name)

Page 6 of 7

Distribution:   White: Office        Yellow – Probation        Pink - Defendant

| DIVISION  CRIMINAL | | | CASE NUMBER |
|---|---|---|---|
| | | | F13-4039 C |

**MEMORANDUM OF COSTS**

THE STATE OF FLORIDA      VS.    *Tegada, Kevin*

**PLAINTIFF**      **DEFENDANT/RESPONDENT**

| Court Costs/Fines/Fees | Amount | Statute | Discharge* Code |
|---|---|---|---|
| ☐ Crime Prevention Fund (Ord.98-171) | $50.00 | 775.083(2) | _____ |
| ☐ County/State(LETTS)) | $5.00 (local) | 938.01(1)/938.15 | |
| ☐ Crimes Compensation Trust Fund(COCA) | $50.00 | 938.03(4) | _____ |
| ☐ Local Criminal Justice Trust Fund | $225.00 | 938.05(1) | _____ |
| ☐ Ad's Court Costs (Ord.04-116) | $65.00 | 939.185(1)(a) | _____ |
| ☐ Surcharge (Ord. 05-123) | $85.00 (local) | 939.185(1)(b) | _____ |
| ☐ Cost of Prosecution ($100 minimum) | $100.00 | 938.27(8) | _____ |
| . Cost of Defense ($100 minimum) | ☐ $100.00 | 938.29 | _____ |
| | | | _____ |
| ☐ Teen Court (Ord. 98-185) | ☐ $3.00 | 938.19(2) | |
| ☐ Public Defender Application Fee | ☐ $50.00 | 27.52(1)(b) | _____ |
| ☐ Fine | ☐ $_____ | 775.083(1) | _____ |
| ☐ Surcharge (5% of Fine | ☐ $_____ | 938.04 | _____ |
| ☐ Crime Stopper's Program | ☐ $20.00 | 938.06 | _____ |
| ☐ Prostitution Civil Penalty | ☐ $500.00 (local) | 796.07(6) | _____ |
| ☐ Domestic Violence Surcharge | ☐ $201.00 | 938.08 | _____ |
| ☐ Rape Crisis Trust Fund | ☐ $151.00 | 938.085 | _____ |
| ☐ Child Advocacy Trust | ☐ $101.00 | 938.10(1) | _____ |
| ☐ FDLE Operating Trust Fund | ☐ $100.00 | 938.25 | _____ |
| ☐ Alcohol & Drug Abuse Programs | ☐ $_____ | 938.21 | _____ |
| . Training Trust Fund Surcharge | ☐ $ 2.00 | 948.09 | _____ |
| ☐ _____ | | | |
| **TOTAL MANDATORY (ALL CASES)** | **$583.00** | | |
| Additional pursuant to specific requirements (fines/cost/fees as noted above) | $_____ | | |
| **GRAND TOTAL** | $_____ | **DUE TODAY** _____ | |

Payment is to be made by **cash, credit card, (MC or VISA), money order, or cashier's check** made payable to the **Clerk of the Courts**
Credit card payments must be made in person.  Note your name above case number, and write **"Fine/Costs"** on your payment.
Payment locations are:   **Richard E. Gerstein Justice Building, 1351 NW 12th St., Suite 9000, Miami, FL 33125**
**Miami-Dade Flagler Building, 140 W Flagler St., Room 1502, Miami, FL 33130**

Page 7 of 7

Distribution:    White: Office        Yellow – Probation        Pink - Defendant

**"E X H I B I T     C"**

IMMIGRATION COURT
18201 S.W. 12TH ST
MIAMI, FL 33194

In the Matter of

Case No.: A097-928-095

TELLADO, KEVIN
      Respondent

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on *Nov 13, 2014*
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ ] The respondent was ordered removed from the United States to
    or in the alternative to .
[ ] Respondent's application for voluntary departure was denied and
    respondent was ordered removed to  or in the
    alternative to .
[ ] Respondent's application for voluntary departure was granted until
    upon posting a bond in the amount of $ _____.
    with an alternate order of removal to .
Respondent's application for:
[ ] Asylum was ( )granted ( )denied( )withdrawn.
[ ] Withholding of removal was ( )granted ( )denied ( )withdrawn.
[ ] A Waiver under Section _____ was ( )granted ( )denied ( )withdrawn.
[✓] Cancellation of removal under section 240A(a) was (✓)granted ( )denied
    ( )withdrawn.
Respondent's application for:
[ ] Cancellation under section 240A(b)(1) was ( ) granted ( ) denied
    ( ) withdrawn.  If granted, it is ordered that the respondent be issued
    all appropriate documents necessary to give effect to this order.
[ ] Cancellation under section 240A(b) (2) was  ( )granted ( )denied
    ( )withdrawn.  If granted it is ordered that the respondent be issued
    all appropriated documents necessary to give effect to this order.
[ ] Adjustment of Status under Section ____ was ( )granted ( )denied
    ( )withdrawn.  If granted it is ordered that the respondent be issued
        all appropriated documents necessary to give effect to this order.
[ ] Respondent's application of ( ) withholding of removal ( ) deferral of
    removal under Article III of the Convention Against Torture was
    ( ) granted ( ) denied ( ) withdrawn.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
    notice.
[ ] Respondent was advised of the limitation on discretionary relief for
    failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____
    Date:  Nov 13, 2014

JOHN OPACIUCH
Immigration Judge

Appeal: Waived/Reserved    Appeal Due By:

1

ALIEN NUMBER: 097-928-095      NAME: TELLADO, KEVIN

---

CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP   [ ] DHS
DATE: _____1/13/14_____ BY: COURT STAFF _____
     Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

---

Q6

# "E X H I B I T    D"

# COMPLAINT/ARREST AFFIDAVIT

| OBTS NUMBER | | POLICE CASE NO. PD130219-065201 |
|---|---|---|

COURT CASE NO. F13.004042

| SPECIAL OPERATION: | ☐ FELONY ☐ MISD ☐ TRAFFIC ☐ JUV ☐ DV ☐ MOVES ☐ CIV INF ☐ WARRANT ☐ FUGITIVE WARRANT: ☐ In state ☐ Out of state | JAIL NO. 13-11125 | PMHD ☐ Yes ☐ No ☐ Unknown |
|---|---|---|---|

| IBS NO. | AGENCY CODE 030 | MUNICIPAL P.D. DEF. ID NO. | MDPD RECORDS GRID 1028349 | STUDENT ID NO. | GANG ACTIVITY ☐ RELATED ARREST | FRAUD ☐ RELATED ARREST |
|---|---|---|---|---|---|---|

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) **TELADO, KEVIN** | | | | | | ALIAS and/or STREET NAME | | SIGNAL: ☐ 100 ☐ 150 ☐ 200 ☐ 300 ☐ 400 ☐ 500 |
|---|---|---|---|---|---|---|---|---|

| DOB (MM/DD/YYYY) ~12-30-1990 | AGE | RACE W | SEX M | Ethnicity ☐ Hispanic ☑ Non Hispanic LATINO | HEIGHT 5-8 | WEIGHT 148 | HAIR COLOR BRO | HAIR LENGTH SHO | HAIR STYLE STR | EYES BRO | GLASSES ☐ Yes ☑ No | FACIAL HAIR CLN | TEETH NOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES (Location, Type, Description) **WHITE SHIRT, BLACK SHORTS** | | | | | PLACE OF BIRTH (City, State/Country) **MIAMI** |
|---|---|---|---|---|---|

| LOCAL ADDRESS (Street, Apt. Number) **304 SW 177 ST, MIAMI, FL** | (City) | (State) | (Zip) | PHONE ( ) | CITIZENSHIP **USA** |
|---|---|---|---|---|---|

| PERMANENT ADDRESS (Street, Apt. Number) ☐ HOMELESS ☐ UNKNOWN **S.A.I.** | (City) | (State/Country) | (Zip) | PHONE ( ) | OCCUPATION |
|---|---|---|---|---|---|

| ☐ BUSINESS/ OR ☐ SCHOOL NAME AND ADDRESS | (Street) | (City) | (State/Country) | (Zip) | PHONE ( ) | ADDRESS SOURCE ☐ DL ☐ Verbal ☐ |
|---|---|---|---|---|---|---|

| DRIVER'S LICENSE NUMBER / STATE | SOCIAL SECURITY NO. | WEAPON SEIZED? Type ☐ Yes ☐ No | If Def. has Concealed Weapons Permit. PERMIT # W- | INDICATION OF: Y N UNK Alcohol Influence ☐ ☐ ☐ Drug Influence ☐ ☐ ☐ |
|---|---|---|---|---|

| ARREST DATE (MM/DD/YYYY) **02-19-2013** | ARREST TIME (HH:MM) **1330** | ARREST LOCATION (Include name of business) **12265 SW 112 ST** | | |
|---|---|---|---|---|

| CO-DEFENDANT NAME (Last, First, Middle) **GUTIERREZ, MILTON A.** | DOB (MM/DD/YYYY) **12-14-1992** | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |
|---|---|---|

| CO-DEFENDANT NAME (Last, First, Middle) **MORALES, KEVIN** | DOB (MM/DD/YYYY) **06-02-1993** | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |
|---|---|---|

| CO-DEFENDANT NAME (Last, First, Middle) | DOB (MM/DD/YYYY) | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |
|---|---|---|

| JUV only | (Name) ☐ Parent ☐ Guardian ☐ Foster Care | (Street, Apt. Number) | (City) | (State/Country) | (Zip) | (Phone) | Contacted? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|

| CHARGES | CHARGE AS: | COUNTS | FL STATUTE NUMBER | VIOL. OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 1. **TRAFFICKING OF CONTROLLED SUBSTANCE (MDMA)** | ☐ F.S. ☐ ORD | 1 | 893.135 | | | | | ☐ AC ☐ CAPIAS ☐ BW ☐ FW ☐ PW ☐ JUV PU ☐ DW ☐ WRIT CASE #: |
| 2. **SALE OF CONTROLLED SUBSTANCE (MDMA)** | ☐ F.S. ☐ ORD | 1 | 893.13 | (+/- 303 GRAMS) | | | | ☐ AC ☐ CAPIAS ☐ BW ☐ FW ☐ PW ☐ JUV PU ☐ DW ☐ WRIT CASE #: |
| 3. | ☐ F.S. ☐ ORD | | | | | | | ☐ AC ☐ CAPIAS ☐ BW ☐ FW ☐ PW ☐ JUV PU ☐ DW ☐ WRIT CASE #: |
| 4. | ☐ F.S. ☐ ORD | | | | | | | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the __19TH__ day of __FEBRUARY__ 20 __13__ at __1330__ (HH:MM) at __12265 SW 112 ST__ (Location, Include name of business) (Narrative, be specific)

**PURSUANT TO AN ONGOING NARCOTICS INVESTIGATION, DETECTIVES FROM THE FT. LAUDERDALE POLICE**

**DEPARTMENT AND THE MIAMI DADE POLICE DEPARTMENT NARCOTICS BUREAU CONDUCTED A JOINT NARCOTICS INVESTIGATION**

**INTO CODEF(GUTIERREZ). ON FEBRUARY 19, 2013, CODEF(GUTIERREZ) AND DEF(MORALES) MET WITH UC#1525 AND NEGOTIATED THE**

**SALE OF APPROX 300 GRAMS OF MDMA. CODEF(MORALES) THEN CONTACTED CODEF(TELADO)**

**WHO ARRIVED IN A RED NISSAN ALTIMA(OPERATOR). DEF(MORALES) MET WITH DEF(TELADO) AND RETRIEVED A**

**SAMPLE(APPROX+/-1 GRAM) OF MDMA FROM THE TRUNK OF THE NISSAN ALTIMA. CODEF(MORALES) THEN HANDED UC#1525**

**THE MDMA SAMPLE AND UPON VERIFICATION OF THE NARCOTICS UC#1525 GAVE THE TAKE DOWN SIGNAL.** PAGE 1 OF 2

| HOLD FOR OTHER AGENCY | VERIFIED BY | ☐ HOLD FOR BOND HEARING, DO NOT BOND OUT (Officer Must Appear at Bond Hearing) | I understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juvenile notify Juvenile Division) and/or arresting officer of any change in my address. |
|---|---|---|---|

| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. Name: | SWORN TO AND SUBSCRIBED BEFORE ME THE UNDERSIGNED AUTHORITY THIS DAY OF _____ | |
|---|---|---|

| OFFICER'S / COMPLAINANT'S SIGNATURE **DET G. CRESPO** NAME & BADGE # 7811 60 COURT ID NUMBER/LOC. CODE MDPD AGENCY NAME | Deputy of the Court or Notary | Signature of Defendant / Juvenile and Parent or Guardian (right thumb print) |
|---|---|---|

SIGNATURE                    DATE

3225-02.09-9 Rev. 04/08

THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT
You may not accept a court record certified with a raised seal as evidence if the record does not bear a raised seal
MIAMI, FLORIDA 33172
MIAMI DADE POLICE DEPARTMENT

COMPLAINT/ARREST AFFIDAVIT

MDPD RECORD COPY

COMPLAINT / ARREST AFFIDAVIT - MDPD RECORDS COPY - REVERSE

Transport Officer (s) _____ / _____ ID# ____ - ____ Dept# _____ Taken To _____
Transport Officer (s) _____ / _____ ID# ____ - ____ Dept# _____ Taken To _____
Transport Officer (s) _____ / _____ ID# ____ - ____ Dept# _____ Taken To _____

Does defendant have any signs/complaints of injury? ☐ YES  ☐ NO Indicate any signs or complaints of injury regardless whether they happened prior to, during, or after arrest, or whether they have any connection to the arrest at all.
(If Yes, complete below data/notify supervisor )

Explain: _____

_____

_____  Name and Rank of
_____  Supervisor Notified: _____

**Defendants Vehicle**

| YEAR | MAKE | MODEL | TAG | STATE | VIN | COLOR |
|------|------|-------|-----|-------|-----|-------|
|      |      |       |     |       |     |       |

## OWNER/DRIVER/DESIGNEE RELEASE FORM & DISCLAIMER OF LIABILITY

Owner/Driver/Designee (O/D/D must read and sign disclaimer of liability if vehicle is left at scene, or removed, or released to O/D/D at scene.

Released to: _____ / _____  Left on Scene?
(Print Name - Signature)     D/L #          State   ☐ YES  ☐ NO

The undersigned certifies that he/she is the legal owner/driver/designee of the vehicle described above. In consideration of being permitted to leave the vehicle mentioned at the location, or removed, or released, the undersigned hereby releases and discharges Miami-Dade County and all of its agents and employees for any damage to, or damage caused, theft of, or theft from, the vehicle described above.

_____  _____  ____
Signature of Owner/Driver/Designee      Signature of Officer Witnessing    ID #

IF YOUR VEHICLE IS PARKED MORE THAN 48 HOURS, IT IS SUBJECT TO BE REMOVED

# COMPLAINT/ARREST AFFIDAVIT CONTINUATION

POLICE CASE NO. **PD130219-065201**

COMPLAINT/ARREST AFFIDAVIT CONTINUATION - MDPD RECORD COPY

OBTS NUMBER

CR. NO. **13-11175**

IDS NO.

COURT CASE NO.

F13-004042

| AGENCY CODE **030** | MUNICIPAL P.D. DEF. NO. | | MDPD RECORDS REND/NO. 7028549 | |
|---|---|---|---|---|

DEFENDANT'S NAME (LAST, FIRST, MIDDLE)

**TELADO, KEVIN**

DOB (MM/DD/YYYY) **12-30-1990**

| ADDITIONAL CO-DEFENDANT NAME (Last, First, Middle) 4. | DOB (MM/DD/YYYY) | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE / ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |
|---|---|---|
| ADDITIONAL CO-DEFENDANT NAME (Last, First, Middle) 5. | DOB (MM/DD/YYYY) | ☐ IN CUSTODY ☐ FELONY ☐ JUVENILE / ☐ AT LARGE ☐ DV ☐ MISDEMEANOR |

| ADDITIONAL CHARGES | CHARGE AS: | COUNTS | FL STATUTE NUMBER | VIOL. OF SECT | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT  CASE #: |
| 6. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT  CASE #: |
| 7. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT  CASE #: |
| 8. | ☐ F.S. ☐ ORD | | | | | | | ☐AC ☐CAPIAS ☐BW ☐FW ☐PW ☐JUV PU ☐AW ☐DVW ☐WRIT  CASE #: |

DURING THE TAKE DOWN, DEF AND CODEF'S WERE TAKEN INTO CUSTODY. SEARCH INCIDENT TO ARREST OF

CODEF(GUTIERREZ) REVEALED A SMALL PINK PLASTIC BAGGIE CONTAINING +/-1 GRAM MARIJUANA IN HIS LEFT PANT LEG CUFF

WHICH RETRIEVED DET MACK #1506. SEARCH OF THE ALTIMA'S TRUNK BY DET R. LOVE REVEALED A MEDIUM

PLASTIC ZIP LOCK STYLE BAG CONTAINING +/- 303 GRAMS OF MDMA (BEIGE IN COLOR)CRYSTALLIZED POWDER.

SEARCH OF THE INTERIOR COMPARTMENT BY DET LOVE REVEALED A SMALL PILL BOTTLE CONTAINING

TWENTY SEVEN(27) SUSPECT MDMA PILLS (APPROX +/-12 GRAMS) IN THE GLOVE BOX ALSO RECOVERED

BY DET. LOVE.

TWO HUNDRED THREE DOLLARS WERE SEIZED FROM DEF(TELADO) AS NARCOTICS SALES/PROCEEDS AND

IMPOUNDED.

TEST KIT PERFORMED ON SCENE YIELDED POSITIVE FOR MDMA.

DEF AND CODEF'S WERE ARRESTED AND TRANSPORTED TO JAIL.

THIS IS A TRUE COPY OF AN ORIGINAL DOCUMENT
ON FILE WITH THE MIAMI DADE POLICE DEPARTMENT
MIAMI, FLORIDA 33172

SIGNATURE _____ DATE _____

PAGE **2** OF **2**

| HOLD FOR OTHER AGENCY Name: | VERIFIED BY | ☐ HOLD FOR BOND HEARING. DO NOT BOND OUT (Court Ordered Bond Hearing.) | I understand that should I wilfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date, and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court (Juveniles notify Juvenile Division) anytime that my address changes. You need not appear in court, but must comply with the instructions on the reverse side hereof. |
|---|---|---|---|
| I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT. | | SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS **19** DAY OF ___ Deputy of the Court or Notary Public | |
| OFFICER / COMPLAINANT'S SIGNATURE | COURT ID NUMBER, OR CODE | | Signature of Defendant / Juvenile and Parent or Guardian |
| **SGT G. CRESPO** NAME (Printed) | AGENCY NAME | | |